UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>WASHINGTON DIVISION OF VOCATIONAL REHABILITATION, et al.,<br><br>　　　　　Defendants. | CASE NO. 3:25-cv-05546-LK<br><br>ORDER DISMISSING ACTION |

This matter comes before the Court sua sponte. On July 21, 2025, the Court dismissed pro se Plaintiff Geneva Langworthy's complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and granted her leave to file an amended complaint by August 11, 2025. Dkt. No. 8 at 5. The Court warned Ms. Langworthy that if she did not file a timely amended complaint, it would dismiss her case. *Id.*

//

//

//

ORDER DISMISSING ACTION - 1

Ms. Langworthy subsequently failed to file an amended complaint. The Court therefore DISMISSES this case without prejudice.

Dated this 21st day of August, 2025.

*Lauren King*

Lauren King
United States District Judge